IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **MARIA LYDIA TERSHAK** | : | |
|     Debtor | : | **CASE NO. 1:21-bk-00878** |
| | : | |
| **MidFirst Bank** | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| **MARIA LYDIA TERSHAK** | : | |
|     Respondent | | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted that the Debtor owns the property; however, the remainder is denied as her husband is deceased.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted that the Debtor fell behind; however, she intends to cure the arrearages either through an amended plan or via a stipulation

7. The Debtor lacks knowledge or information sufficient to form a belief as to the exact balance, and therefore denies the same, although it is admitted that she is behind approximately 3 months.

8. Denied. The Debtor intends to cure the arrearages either through an amended plan or via a stipulation and Movant is protected by an equity cushion.

9. Admitted that the Debtor fell behind; however, she intends to cure the arrearages either through an amended plan or via a stipulation

10. The Debtor lacks knowledge or information sufficient to form a belief as to this statement and therefore denies the same.

11. The Debtor lacks knowledge or information sufficient to form a belief as to this statement and therefore denies the same.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com