United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00878-HWV |
| Maria Lydia Tershak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 04, 2023     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Robert M Tershak, 233 Oak Lane, Palmyra, PA 17078-2923 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Maria Lydia Tershak DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

Kara Katherine Gendron
    on behalf of Debtor 1 Maria Lydia Tershak karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kristen D Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM

Kristen D Little
    on behalf of Creditor USAA FEDERAL SAVINGS BANK KRLITTLE@FIRSTAM.COM

Michael Patrick Farrington
    on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Maria Lydia Tershak | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 21-00878 HWV |
| Maria Lydia Tershak | Debtor(s) | |
| Robert M Tershak | Co-Debtor(s) | |
| Jack N. Zaharopoulos | Trustee | |

### ORDER

Upon consideration of the Stipulation filed in resolution of the Motion for Relief from the Automatic Stay, Doc. 87, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 4, 2023