**Fill in this information to identify the case:**

Debtor 1    MARIA LYDIA TERSHAK

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____MIDDLE_____ District of __PA__
(State)

Case number   21-00878

---

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1:   Mortgage Information

**Name of claim holder:**   MIDFIRST BANK

**Court claim no.** (if known):
4

**Last 4 digits** of any number you use to identify the debtor's account:   7  1  5  0

**Property address:**   233 OAK LANE
Number        Street

PALMYRA,              PA        17078
City                 State     ZIP Code

## Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3:   Arrearages

|  |  | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 2,233.20 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 2,233.20 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. | Total amount of arrearages disbursed by the trustee: | $ 2,233.20 |

Case 1:21-bk-00878-HWV   Doc 118   Filed 05/27/26   Entered 05/27/26 06:53:39   Desc
Main Document     Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:               $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:               $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager            Date   5 / 27 / 2026
    Signature

Trustee    Jack            N            Zaharopoulos
           First Name      Middle Name   Last Name

Address    8125 Adams Drive, Suite A
           Number          Street

           Hummelstown              PA         17036
           City                     State      ZIP Code

Contact phone  ( 717 ) 566 – 6097            Email info@pamd13trustee.com

Case 1:21-bk-00878-HWV   Doc 118   Filed 05/27/26   Entered 05/27/26 06:53:39   Desc
Main Document     Page 2 of 3

# Disbursements for Claim

**Case: 21-00878**     **MARIA LYDIA TERSHAK**

**WELLS FARGO**

Sequence: 13
Modify:
Filed Date:
Hold Code:  D

, -

Acct No: Oak Lane - PRE-ARREARS - 71

ARREARS - 233 OAK LANE  -   REFUND/LOAN MOD  AMENDED POC 1/3/23

|  | | Debt: | $2,233.20 | Interest Paid: | $0.00 |
| Amt Sched: | $199,347.65 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $2,233.20 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| 5200 | **WELLS FARGO** | | | | | | | |
| 520-0 | WELLS FARGO | C | 12/06/2022 | 0 | ($509.45) | $0.00 | ($509.45) | 08/30/2024 |
| | | | | | | | Cred Rfd Chk #: 4747789 | |
| 520-0 | WELLS FARGO | | 08/17/2022 | 9014611 | $509.45 | $0.00 | $509.45 | 08/18/2022 |
| 520-0 | WELLS FARGO | | 07/13/2022 | 9014391 | $316.09 | $0.00 | $316.09 | 07/13/2022 |
| 520-0 | WELLS FARGO | | 06/14/2022 | 9014181 | $316.08 | $0.00 | $316.08 | 06/14/2022 |
| 520-0 | WELLS FARGO | | 05/17/2022 | 9013969 | $316.09 | $0.00 | $316.09 | 05/17/2022 |
| 520-0 | WELLS FARGO | | 04/12/2022 | 9013756 | $316.09 | $0.00 | $316.09 | 04/12/2022 |
| 520-0 | WELLS FARGO | | 03/16/2022 | 9013537 | $474.13 | $0.00 | $474.13 | 03/16/2022 |
| 520-0 | WELLS FARGO | | 02/16/2022 | 9013319 | $158.05 | $0.00 | $158.05 | 02/16/2022 |
| 520-0 | WELLS FARGO | | 01/19/2022 | 9013097 | $336.67 | $0.00 | $336.67 | 01/19/2022 |

Sub-totals:  $2,233.20     $0.00   $2,233.20

Grand Total:  $2,233.20     $0.00