**Fill in this information to identify the case:**

Debtor 1     Maria Lydia Tershak

Debtor 2     Robert M Tershak
(Spouse, if filing)

United States Bankruptcy Court for the: <u>MIDDLE</u> District of <u>Pennsylvania</u>
                                                        (State)

Case number    21-00878 HWV

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    <u>**MIDFIRST BANK**</u>

**Court claim no**. (if known):

<u>4</u>

**Last 4 digits** of any number you use to identify the debtor's account: 7150

**Property address:**      <u>**233 Oak Lane**</u>
                            Number      Street
                            <u>**Palmyra**    **PA 17078**</u>
                            City                       State      ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:    $ <u>2233.20</u> .

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response:    $ _____ .

☐   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response:    $ _____ .

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: 05 / 01 / 2026 .

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

   i.   Date last payment was received on the mortgage: 06 / 15 / 2026

   ii.  Date next postpetition payment from the debtor is due: 05 / 01 / 2026

   iii. Amount of the next postpetition payment that is due: $ 1,878.88

   iv. Unpaid principal balance of the loan: $ 215,095.07

   v.  Additional amounts due for any deferred or accrued interest: $ 1,989.26

   vi. Balance of the escrow account: $ 3,188.88

   vii. Balance of unapplied funds or funds held in a suspense account: $ 12.99

   viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $ 0.00

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

The person completing this response must sign it. Check the appropriate box:

☐   I am the claim holder.

☒   I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Maggie Soboleski          Date June 23, 2026
            Signature

Name    Maggie Soboleski
            First name        Middle name        Last name

Title    Attorney for Secured Creditor

Company    KML Law Group, P.C.
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    701 Market Street, Suite, 5000
            Number        Street

            Philadelphia                        PA        19196

            City                                State        ZIP Code

Contact phone    (215) 627-1322                    Email bkgroup@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Maria Lydia Tershak

**Debtor(s)**

**MIDFIRST BANK**

**Movant**

vs.

**Maria Lydia Tershak**

**Debtor(s)**

**Jack N Zaharopoulos**,

**Trustee**

**BK NO. 21-00878 HWV**

**Chapter 13**

**Related to Claim No. 4**

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Maggie Soboleski of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 23, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Maria Lydia Tershak
233 Oak Lane
Palmyra, PA 17078

Attorney for Debtor(s) (via ECF)
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee (via ECF)
Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: June 23, 2026

**/s/ Maggie Soboleski**
Maggie Soboleski
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
MSoboleski@kmllawgroup.com



# MIDLAND MORTGAGE
## A division of MidFirst Bank

DATE: 6/22/2026

TO: ██████████████

FROM: ██████████████

FAX #: 0

Mortgagor: MARIA L TERSHAK

Loan Number: ████████

LOAN TYPE: *VA*

Last Payment Made: 4/1/2026

VS#: 0

Next Payment Due: 5/1/2026

## Total Debt Figures

**Principal Balance:** **$215,095.07**

**Total Interest To but not including 06/22/26:** **$1,989.26**

| | Rate | Date From | Date To | Per Diem | Total |
|---|---|---|---|---|---|
| Rate at Default: | 4.125% | 4/1/2026 | 6/1/2026 | | $1,478.78 |
| Current Rate | 4.125% | 6/1/2026 | 6/22/2026 | 24.3087 | $510.48 |

**Total Late Charges as of date figures prepared 06/22/26:** **$45.85**

Late Charges Pre 05/01/26 payment: $0.00

Late Charges Post 05/01/26 payment: $45.85

*Less Unapplied Funds credit as of date figures prepared 06/22/26:* **($12.99)**

*Escrow Credit* **($3,188.88)**

**Incurred Fees as of date figures prepared 06/22/26:** **$30.00**

**Incurred Taxes as of date figures prepared 06/22/26:** **$0.00**

**Incurred Insurance as of date figures prepared 06/22/26:** **$0.00**

**Incurred Misc Escrow 06/22/26:** **$0.00**

**TOTAL** *$213,958.31*

# MIDLAND MORTGAGE
## A division of MidFirst Bank

Loan Number:  
Debtor: MARIA LYDIA TERSHAK  
Date: 06/22/26  
Teller:

BKR Case #: 21-00878  
BKR Filing Date: 04/21/21  
Chapter: 13  
History Type: Post-Petition

Recalculate Suspense | Finalize Data

| Transaction Date | Transaction Amount | Reference Number | Payment Date | Agreed Order Date | Transaction Type | Fee Detail | Transaction Detail | Suspense Amount |
|---|---|---|---|---|---|---|---|---|
| 06/27/23 | **Acquired Loan From Wells Fargo** | | | | Suspense | | 168.36 | 168.36 |
| 07/11/23 | 1800.63 | | | | Suspense | | 1800.63 | 1968.99 |
| 08/27/23 | (1800.63) | | | | Suspense | | (1800.63) | 168.36 |
| 08/27/23 | 1800.63 | | 06/01/23 | | Payment | | 1800.63 | 168.36 |
| | Agreed Order Included 07/01/2023 through 11/01/2023 | | | | | | | 168.36 |
| 12/15/23 | (168.36) | | | | Suspense | A/o Credit | (168.36) | 0.00 |
| 01/03/24 | 1928.19 | | 12/01/23 | | Payment | | 1882.34 | 0.00 |
| 01/03/24 | | | | | Suspense | | 45.85 | 45.85 |
| 02/05/24 | 1882.34 | | 01/01/24 | | Payment | | 1882.34 | 45.85 |
| 02/12/24 | (1882.34) | NSF | 01/01/24 | | Payment Reversal | | (1882.34) | 45.85 |
| 03/05/24 | 1928.19 | | | | Suspense | | 1928.19 | 1974.04 |
| 03/07/24 | (1882.34) | | | | Suspense | | (1882.34) | 91.70 |
| 03/07/24 | 1882.34 | | 01/01/24 | | Payment | | 1882.34 | 91.70 |
| 05/29/24 | 2353.29 | | | | Suspense | | 2353.29 | 2444.99 |
| 06/04/24 | (1800.63) | | | | Suspense | | (1800.63) | 644.36 |
| 06/04/24 | 1800.63 | | 02/01/24 | | Payment | | 1800.63 | 644.36 |
| 06/28/24 | 2353.29 | 157 | 03/01/24 | | Payment | | 1882.34 | 644.36 |
| 06/28/24 | | | | | Suspense | | 470.95 | 1115.31 |
| 07/18/24 | 2353.29 | | | | Suspense | | 2353.29 | 3468.60 |
| 07/30/24 | (2353.29) | | | | Suspense | | (2353.29) | 1115.31 |
| 07/30/24 | 2353.29 | | 04/01/24 | | Payment | | 1800.63 | 1115.31 |
| 07/30/24 | | | | | Suspense | | 552.66 | 1667.97 |
| 09/17/24 | Hardest Hit Claim Included Payments Through 03/01/25 | | | | | | | 1667.97 |
| 09/25/24 | 168.36 | | | | Suspense | | 168.36 | 1836.33 |
| 03/13/25 | (1836.33) | | | | Suspense | | (1836.33) | 0.00 |
| 03/13/25 | 1836.33 | | 04/01/25 | | Payment | | 1836.33 | 0.00 |
| 04/15/25 | 1867.21 | | 05/01/25 | | Payment | | 1867.21 | 0.00 |



| Transaction Date | Transaction Amount | Reference Number | Payment Date | Agreed Order Date | Transaction Type | Fee Detail | Transaction Detail | Suspense Amount |
|---|---|---|---|---|---|---|---|---|
| 07/15/25 | 1867.21 | | 06/01/25 | | Payment | | 1867.21 | 0.00 |
| 08/26/25 | 1867.21 | | 07/01/25 | | Payment | | 1867.21 | 0.00 |
| 09/16/25 | 1867.21 | | | | Suspense | | 1867.21 | 1867.21 |
| 09/21/25 | (1867.21) | | | | Suspense | | (1867.21) | 0.00 |
| 09/21/25 | 1867.21 | | 08/01/25 | | Payment | | 1867.21 | 0.00 |
| 10/14/25 | 1867.41 | | 09/01/25 | | Payment | | 1867.21 | 0.00 |
| 10/14/25 | | | | | Suspense | | 0.20 | 0.20 |
| 11/19/25 | 1867.21 | | 10/01/25 | | Payment | | 1867.21 | 0.20 |
| 12/16/25 | 1880.00 | | 11/01/25 | | Payment | | 1867.21 | 0.20 |
| 12/16/25 | | | | | Suspense | | 12.79 | 12.99 |
| 01/28/26 | 1878.88 | | 12/01/25 | | Payment | | 1878.88 | 12.99 |
| 02/24/26 | 1878.88 | | 01/01/26 | | Payment | | 1878.88 | 12.99 |
| 03/19/26 | 1878.88 | | 02/01/26 | | Payment | | 1878.88 | 12.99 |
| 04/16/26 | 1878.88 | | 03/01/26 | | Payment | | 1878.88 | 12.99 |
| 05/19/26 | 1878.88 | 312 | 04/01/26 | | Payment | | 1878.88 | 12.99 |
| 05/28/26 | (1878.88) | 312 NSF | 04/01/26 | | Payment Reversal | | (1878.88) | 12.99 |
| 06/15/26 | 1878.88 | | 04/01/26 | | Payment | | 1878.88 | 12.99 |

**Post-Petition Due Date is**          **05/01/26**